the Supreme Court of Illinois denied. *Mr. Urban A. Lavery* for petitioners. *Messrs. George F. Barrett*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondents.

No. 955. VALENTI *v.* UNITED STATES. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. I. Maurice Wormser* for petitioner. *Solicitor General Fahy, Assistant Attorney 'General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for the United States.

No. 960. PATTERSON ET AL. *v.* TEXAS COMPANY. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. I. Kilpatrick* and *Jack M. Randal* for petitioners. *Mr. Herbert S. Garrett* for respondent.

No. 964. STANDARD DREDGING CORP. *v.* WALLING, ADMINISTRATOR. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roger Siddall, A. V. Cherbonnier,* and *Robert A. Lilly* for petitioner. *Solicitor General Fahy* and *Mr. Irving J. Levy* and *Miss Bessie Margolin* for respondent.

No. 985. KRESGE DEPARTMENT STORES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Ward J. Herbert* for